JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| KARIME FARHAT, | Case No. 8:18-cv-02260-AG-ADS(x) |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))** |
| HOME DEPOT, U.S.A., INC. and DOES 1 through 50, inclusive, | |
| Defendants. | Hon. Andrew J. Guilford<br>Courtroom 10D |
| | Complaint Filed: June 15, 2018 |
| | *Removed from Orange County Superior Court, Case No. 30-2018-00999527-CU-WT-CJC* |

On June 10, 2019, the parties jointly submitted a Stipulation of Voluntary Dismissal with Prejudice to the Court.

Accordingly, the instant matter is dismissed with prejudice, each party to bear its own respective costs, including attorneys' fees and other litigation expenses.

**IT IS SO ORDERED.**

Dated: July 11, 2019

Andrew J. Guilford
United States District Court Judge